UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IVAN OJEDA, JOSE RODRIGUEZ-ORTIZ, EDUARDO RIVAS FERNANDEZ, JUAN GERENA, IVAN BURGOS-TORRES, EFRAIN HERNANDEZ-ADORNO AND MUGUEL MILLET-MORALES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>          Plaintiffs,<br><br>v.<br><br>LOUIS BERGER GROUP (DOMESTIC), INC., KENNETT CONSULTING, LLC, KALLBERG INDUSTRIES, LLC, BLUESOURCE, LLC, AUTOMATED CONTROLS AND POWER LLC/ACP LLC, H.P. SERVICES, CORP., ABLE INNOVATIONS INC. d/b/a HELSEL'S AUTOMOTIVE, SUNCOAST RESOURCES, INC., LMD AND ASSC., LLC, AND DK&J ENTERPRISES, INC.,<br><br>          Defendants. | Civ. No. 18-17233 (KM) (JBC)<br><br>**ORDER** |

For clarity, I enter the following supplemental order.

**IT IS** this 19th day of May , 2021

**ORDERED,** in accordance with the Court's prior Opinion and Order (DE 339, 340), as implemented by the plaintiffs' proposed severance plan (DE 343), as follows:

1. The complaint in Hernandez-Adorno v. LMD & Assocs. (18cv17233 DE 343-1) shall be severed, assigned its own civil number, and venue transferred to the United States District Court for the District of South Carolina.

2. The complaint in Rodriguez-Ortiz v. H.P. Services Corp., (18cv17233 DE 343-2) shall be severed, assigned its own civil number, and venue transferred to the United States District Court for the District of Puerto Rico;

3. The complaint in Ojeda v. Kallberg Industries, LLC (18cv17233 DE 343-3) shall be severed, assigned its own civil number, and venue transferred to the United States District Court for the Southern District of Florida;

4. The complaint in Ojeda v. Kennett Consulting, LLC (18cv17233 DE 343-4) shall be severed, assigned its own civil number, and venue transferred to the United States District Court for the Southern District of Florida;

5. The complaint in Rivas Fernandez v. Bluesource, LLC (18cv17233 DE 343-5) shall be severed, assigned its own civil number, and venue transferred to the United States District Court for the Middle District of North Carolina;

6. The complaint in Gerena v. Able Innovations (18cv17233 DE 343-6) shall be severed, assigned its own civil number, and venue transferred to the United States District Court for the Middle District of Florida.

AND IT IS FURTHER ORDERED that, prior to transfer, a copy of this order shall be filed in each of the severed cases.

All claims not severed and transferred shall remain in this District under the above caption.

/s/ Kevin McNulty

_____
KEVIN MCNULTY
United States District Judge