**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IVAN OJEDA, individually and on behalf of all others similarly situated, | Case No. 21-61071-CIV-ALTMAN/Hunt |
| Plaintiff, | |
| vs. | |
| KALLBERG INDUSTRIES, LLC, | |
| Defendant. | |

**NOTICE OF APPEARANCE OF COUNSEL**
**& DESIGNATION OF E-MAIL ADDRESSES**

YOU ARE HEREBY NOTIFIED that the undersigned, Paul Thanasides of the law firm of McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., enters his notice of appearance in the above-captioned matter as counsel for Defendant, Kallberg Industries, LLC, and requests to be added to the certificate of service of all other parties.  The undersigned, hereby gives further notice of designating the following e-mail addresses to be used for electronic mail service of pleadings and documents in the above-referenced litigation:

Primary: paul@mcintyrefirm.com

Secondary: CLService@mcintyrefirm.com

Secondary: complexlit@mcintyrefirm.com

Dated: July 20, 2021

        Respectfully submitted,

        */s/ Paul Thanasides*
        Paul Thanasides
        Florida Bar No. 103039
        paul@mcintyrefirm.com
        clservice@mcintyrefirm.com
        Garrett Severson
        Florida Bar No. 108259
        garrett@mcintyrefirm.com
        complexlit@mcintyrefirm.com
        McIntyre Thanasides Bringgold Elliott
          Grimaldi Guito & Matthews, P.A.
        500 E. Kennedy Blvd., Suite 200
        Tampa, FL 33602
        Telephone: 813.223.0000
        Facsimile: 813.225.1221
        **Counsel for Kallberg Industries, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        *//s/ Paul Thanasides*
        Attorney