## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IVAN OJEDA, individually and on behalf of all others similarly situated, | Case No. 21-61071-CIV-ALTMAN/Hunt |
| Plaintiff, | |
| vs. | |
| KALLBERG INDUSTRIES, LLC, | |
| Defendant. | |

### NOTICE OF FILING PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to this Court's Order in Action Brought Under the Fair Labor Standards Act (Doc. 7), Plaintiff hereby files the following Statement of Claim:

### STATEMENT OF CLAIM

Because the litigation of this matter is ongoing and Defendant has yet to provide Plaintiff with complete and accurate records of Plaintiff and the Opt-in Plaintiff's (collectively "Plaintiffs") pay and time records, the following information represents an estimate based on Plaintiffs' recollection of their regular schedule and overtime hours worked throughout the duration of his employment with Defendant, pay records, timesheets, and dates of employment. These estimates may vary depending on the information obtained during the discovery phase of this matter, including a review of any and all pay and time records in Defendant's possession, the deposition testimony of the Corporate Representative(s) of Defendant, and the record testimony of any fact witnesses that are deposed in this case. Accordingly, Plaintiff states the following.

    a. **An initial estimate of the total amount of alleged unpaid wages**: Plaintiffs estimate they are owed roughly $1,700,000.00 to $1,900,000.00 in unliquidated back wages.

b. **A preliminary calculation of such wages**: For a sampling of Plaintiffs that maintained pay records, Plaintiffs' Counsel determined the average day rate and the average number of days worked each week. Once the average day rate (roughly $290) was calculated Plaintiffs' Counsel multiplied that by the average number of days worked (6 in this case). Plaintiffs' Counsel divided that by 72 (12 hours a day for 6 days a week) to determine the Plaintiffs' average regular rate of roughly $24/hour. The overtime rate of $12/hour is half of the regular rate. Plaintiffs' counsel multiplied the overtime rate by the average number of overtime hours in a week ($12 x 32) for an average overtime per week of $384.00. Plaintiffs calculated that they worked approximately 6,644 workweeks between all 188 Plaintiffs. Plaintiffs' Counsel multiplied the average overtime per week times two-thirds of the total workweeks to account for week in which Plaintiffs might not have worked overtime. That amount equaled $1.7 million.

Plaintiffs' Counsel also determined the average overtime owed based on a sample of Plaintiffs that maintained their pay records. The average overtime per week was $434. Using the same method employed above, Plaintiff's Counsel multiplied the average overtime per week by two-thirds of the workweeks for a total of $1.9 million.

Plaintiffs also seek liquidated damages, reasonable attorneys' fees, and costs incurred. Plaintiffs will supplement their damages once more payroll documentation can be obtained.

c. **The approximate period during which the alleged FLSA violation occurred**: The project began in October of 2017 and ended in October of 2018.

d. **The nature of the wages**: The Plaintiffs were paid a day rate by Defendant during the relevant time period. Plaintiffs maintain that a day rate without overtime. Plaintiffs were all relief workers who performed non-exempt job duties.

Pursuant to this Court's Order (Docs 7, 25) Plaintiffs will serve a copy of the applicable Orders, Statement of Claim, and all supporting documents on Defendant's Counsel.

Respectfully submitted,

By:     */s/ C. Ryan Morgan*
           **C. Ryan Morgan, Esq.**
           FBN 0015527
           Morgan & Morgan, P.A.
           20 N. Orange Ave., 16th Floor
           P.O. Box 4979
           Orlando, FL 32802-4979
           Telephone:   (407) 420-1414
           Facsimile:    (407) 867-4791
           Email: rmorgan@forthepeople.com
           **Local Counsel for Plaintiff**

**AND**

**Richard M. Schreiber** (admitted *pro hac vice*)
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
rschreiber@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
**BRUCKNER BURCH, PLLC**
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On August 13, 2021, I served a true and accurate copy of the foregoing on all Counsel of record via both CM/ECF and regular first-class mail.

*/s/ C. Ryan Morgan*
C. Ryan Morgan
