**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| IVAN OJEDA, individually and on behalf of all others similarly situated, | Case No. 21-61071-CIV-ALTMAN/Hunt |
| Plaintiff, | |
| vs. | |
| KALLBERG INDUSTRIES, LLC, | |
| Defendant. | |

**PLAINTIFFS' UNOPPOSED MOTION TO**
**RESCHEDULE STATUS CONFERENCE**

Plaintiff Ivan Ojeda files this Unopposed Motion to Reschedule the Status Conference scheduled for Wednesday, November 3, 2021, at 10:30 AM via Zoom Video Conference, to be rescheduled or postponed based upon the availability of the Court and the Parties.

This Court entered its Order Scheduling Video Status Conference on Monday, November 1, 2021, scheduling a video status conference for 10:30 AM on Wednesday, November 3, 2021. At the time that Order was entered, lead counsel, Attorney Richard M. Schreiber, was already scheduled to be out of town and on vacation at the time of the Status Conference due to a prior commitment. Due to the longevity and complexity of the case, Attorney Schreiber would prefer to be present to answer any questions the Court might have.

In the interests of promptly rescheduling the Status Conference, counsel for Plaintiffs and Defendants will contact the Court to determine an appropriate time to conduct the conference.

WHEREFORE Plaintiffs respectfully requests this Court enter an order rescheduling the Video Status Conference currently scheduled for Wednesday, November 3, 2021, at 10:30 AM to a reasonable time.

## CERTIFICATE OF GOOD-FAITH CONFERRAL

I HEREBY CERTIFY that on November 1st and 2nd of 2021, the undersigned conferred with counsel for Plaintiff, who did not object to the relief sought in this Motion.

Dated: November 2, 2021

                                                Respectfully submitted,

By:    /s/ *C. Ryan Morgan*
           **C. Ryan Morgan, Esq.**
           FBN 0015527
           Morgan & Morgan, P.A.
           20 N. Orange Ave., 16th Floor
           P.O. Box 4979
           Orlando, FL 32802-4979
           Telephone:   (407) 420-1414
           Facsimile:    (407) 867-4791
           rmorgan@forthepeople.com
           **Local Counsel for Plaintiff**

                  **AND**

           **Richard M. Schreiber** (admitted *pro hac vice*)
           Texas Bar No. 24056278
           **JOSEPHSON DUNLAP, LLP**
           11 Greenway Plaza, Suite 3050
           Houston, Texas 77046
           713-352-1100 – Telephone
           713-352-3300 – Facsimile
           rschreiber@mybackwages.com

                  **AND**

           **Richard J. (Rex) Burch**
           Texas Bar No. 24001807
           11 Greenway Plaza, Suite 3025
           **BRUCKNER BURCH, PLLC**
           Houston, Texas 77046
           (713) 877-8788 - Telephone
           (713) 877-8065 - Facsimile
           rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Garrett Severson*
Paul Thanasides
Florida Bar No. 103039
paul@mcintyrefirm.com
clservice@mcintyrefirm.com
Garrett Severson
Florida Bar No. 108259
garrett@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott
Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221

**Counsel for Kallberg Industries, LLC**

## CERTIFICATE OF SERVICE

I HEREBY certify that on November 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ C. Ryan Morgan*
C. Ryan Morgan, Esq.