UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61071-CIV-ALTMAN/Hunt

**IVAN OJEDA**,

    *Plaintiff*,

v.

**KALLBERG INDUSTRIES, LLC**,

    *Defendant*.

_____/

## ORDER

On November 15, 2021, the Court held a Status Conference [ECF No. 47]. To further the orderly progression of this matter, the Court hereby **ORDERS** as follows:

1. By **November 16, 2021**, the Plaintiff shall send the Defendant a settlement demand.

2. By **November 22, 2021**, the Defendant shall respond with a counteroffer.

3. By **December 3, 2021**, the parties shall conduct a one-hour *informal settlement conference*. The parties are not required to attend personally, so long as the parties are available by phone to give final authorization should counsel near a settlement. By the same date, the parties shall file a Notice of Settlement (or Non-Settlement) on the docket, which shall indicate the following: (a) whether the parties have complied with this Order; (b) whether the parties have settled this case on the merits; and (c) whether the parties have settled as to attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 15th day of November 2021.

                                                **ROY K. ALTMAN**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record