## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IVAN OJEDA, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | No. 21-61071-CIV-ALTMAN/Hunt |
| v. | § § § | |
| KALLBERG INDUSTRIES, LLC, | § § | |
| Defendant. | § § | |

## OJEDA'S UNOPPOSED MOTION TO EXTEND TIME TO FILE HIS MOTION FOR CLASS AND CONDITIONAL CERTIFICATION

Plaintiff Ivan Ojeda by and through their undersigned counsel, hereby files this Unopposed Motion to Extend time to file his Motion for Class or Conditional Certification. In support thereof, Ojeda would show the Court as follows:

1. On October August 17, 2021, this Court set a Scheduling Order. Doc. 29. Pursuant to the Scheduling Order, Ojeda's deadline to file his Motion for Class or Conditional Certification is January 26, 2022.

2. In the interim period between the Court's Scheduling Order setting Ojeda's deadline to file his Motion for Class or Conditional Certification Kallberg filed its Third Party Complaint against Kennett Consulting, LLC, Venergy Group, LLC, South Florida Electric, LLC, Able Innovations, Inc., and WSP USA Solutions, Inc. f/k/a The Louis Berger U.S., Inc. Doc. 50.

3. Consequently, this filing has muddied the waters for Ojeda to move for conditional certification.

4. Further, its highly probable that Kallberg will move to stay any motion for class or conditional certification pending the outcome of Ojeda's and the Third Party Defendants' forthcoming Motion to Strike the Third Party Complaint.

5. Ojeda therefore seeks an extension of time to file his Motion for Conditional or Class Certification within 10 days of the Court's ruling on Ojeda's and the Third Party Defendants' Motion to Strike Kallberg's Third Party Complaint.

6. On November 24, 2021, Kallberg filed its Answer, and a Third-Party Complaint against Kennett Consulting, LLC, Venergy Group, LLC, South Florida Electric, LLC, Able Innovations, Inc., and WSP USA Solutions, Inc. f/k/a The Louis Berger U.S., Inc. See Doc 49; Doc. 50.

7. This extension is not being sought in bad faith or for purposes of delay, but in the interest of efficiency and so that justice may be done.

8. No party would be prejudiced by the relief sought in this Motion. Should this Court refuse to grant this Motion, Ojeda and the proposed classes would suffer significant prejudice.

9. The undersigned conferred with counsel for Kallberg, who had no objection to the relief sought in this Motion.

WHEREFORE Plaintiff respectfully requests this Court enter an order extending time to file his Motion for Conditional or Class Certification within 10 days of the Court's ruling on Ojeda's and the Third Party Defendants' Motion to Strike Kallberg's Third Party Complaint.

Respectfully submitted,

By:     /s/ C. Ryan Morgan
**C. Ryan Morgan, Esq.**
FBN 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 420-1414
Facsimile:      (407) 867-4791
Email:  rmorgan@forthepeople.com
**Local Counsel for Plaintiff**

**Richard M. Schreiber** (admitted *pro hac vice*)
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
rschreiber@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
**BRUCKNER BURCH, PLLC**
Houston, Texas 77046
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff conferred with Counsel for Defendant who have no objection.

*/s/ C. Ryan Morgan*
C. Ryan Morgan

## CERTIFICATE OF SERVICE

On January 26, 2022, I served a true and accurate copy of the foregoing on all Counsel of record via CM/ECF.

*/s/ C. Ryan Morgan*
C. Ryan Morgan