# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IVAN OJEDA, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | No. 21-61071-CIV-ALTMAN/Hunt |
| v. | § § § | |
| KALLBERG INDUSTRIES, LLC, | § § § | |
| Defendant. | § | |

## ORDER GRANTING OJEDA'S UNOPPOSED MOTION TO EXTEND TIME TO FILE HIS MOTION FOR CLASS AND CONDITIONAL CERTIFICATION

This Court hereby GRANTS Plaintiff's Unopposed Motion to Extend time to file his Motion for Class or Conditional Certification. This Court ORDERS Plaintiff to file his Motion for Conditional or Class Certification within 10 days of the Court's ruling on Plaintiff's and the Third Party Defendants' Motion to Strike Kallberg's Third Party Complaint.

Dated this _____ day of January, 2022.

_____
DISTRICT JUDGE ROY K. ALTMAN