# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IVAN OJEDA, individually and on behalf of
all others similarly situated,

Case No. 21-61071-CIV-ALTMAN/Hunt

Plaintiff,

vs.

KALLBERG INDUSTRIES, LLC,

Defendant.

## DEFENDANT KALLBERG INDUSTRIES, LLC'S FIRST
REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF IVAN OJEDA

Defendant Kallberg Industries, LLC ("Kallberg"), through undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 34, hereby requests that Plaintiff Ivan Ojeda serve

responses to the requests herein, and produce the originals, or if originals are unavailable, copies

of all documents hereinafter described that are in their possession, custody or control at the offices

of McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., 500 E. Kennedy

Blvd., Suite 200, Tampa, Florida 33602, within (30) days from the date of service of this request,

or within an earlier date that may be agreed upon by the parties or ordered by the Court.

## I.    DEFINITIONS AND INSTRUCTIONS

A.          "You" shall mean Ivan Ojeda, each of the putative Opt-In Plaintiffs as set forth in
**Exhibit "A"** hereto, and any persons or entities acting on his or her behalf or within his or her
control. "Your" is the possessive form of You.

B.     The "Mission" shall mean the work performed in Puerto Rico and the United States Virgin
Islands to support the United States Army Corps of Engineers's efforts to rebuild infrastructure
and provide power in the aftermath of Hurricanes Harvey, Irma, and Maria from approximately
September 2017 through approximately August 2018.

C.          The term "document" or "documents" shall mean information in any tangible or
intangible form, whether physical or electronic, and shall include, without limiting the generality
of the foregoing, emails, attachments to emails, text messages, instant messages, metadata,
information contained on paper or any other type of display or communication medium, pictures,
film, microfiche or microfilm, telegrams, telexes, teletypes, video or audio recordings of any kind
or transcripts of such recordings, graphs, models, sculptures, miniatures, and all data in any format

stored in or on RAM, transient memory, cache, hard disk drives, archives, CD-ROMs, DVDs, USB thumb and flash drives, tape, memory cards or any other type of electronic memory, as well as ostensibly erased but accessible electronic memory.

D.        The term "**all documents**" shall be construed to mean every document, as defined above, whether an original, a draft, or a copy, that is within your possession, custody, control, or within the possession, custody, or control of your outside experts, attorneys, consultants, or other agents, advisers or persons or entities acting on your behalf or within your control. If you know of the existence of any document responsive to these requests that you cannot produce because it is not within your possession, custody, or control, for each such document identify the last individual or entity you know to have had control of that document.

E.        The terms "and" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request any document which otherwise might be construed to be outside the scope of the request.

F.        The terms "any" and "all" shall each mean "any and all" and shall be construed as necessary to bring within the scope of the request any document which otherwise might be construed to be outside the scope of the request.

G.        The term "including" means "including, without limitation."

H.        The following terms or phrases shall each mean all of the others: relating to, related to, constituting, consisting of, concerning, referring to, and reflecting. A request that uses any of the foregoing terms or phrases seeks documents that are in any way logically or factually connected with the matter discussed, in whole or in part.

I.        Whenever appropriate or necessary to make a request more inclusive, the singular form of a word should be interpreted in the plural and vice versa.

J.        In accordance with the rules of civil procedure, you must produce responsive documents as they are kept in the usual course of business or you must organize and label the responsive documents to correspond to the categories in this request. If you are producing copies of documents as they are kept in the usual course of business, as opposed to producing the originals for inspection, copies from any single file should be produced in the same order as the originals were found in such file. Copies of documents from separate files should be produced separately and in a manner that reflects the name, type, location and any other properties of the original file. Copies must be as legible as the original, to the fullest extent that current regularly accessible copy technology will allow. If the original is bound, stapled or clipped, the copies must be bound, stapled or clipped in the same manner as the original.

K.        If any document responsive to these requests has been destroyed, disclose the document's content, the location of copies of the document, if any, the date of the document's destruction, and the name of the person who ordered, authorized or caused the destruction.

L.        These requests shall be continuing in nature to the fullest extent permitted by the rules applicable to this proceeding.

M.        If subsequent to the date you produce documents responsive to these requests you discover or receive additional documents that are responsive to these requests, promptly produce all such additional documents.

N.        If you find the meaning of any term in these requests to be unclear or vague, you should assume a reasonable meaning, state the meaning you have assumed, and produce documents on the basis of that assumed meaning.

### CLAIMS OF PRIVILEGE

O.        If you withhold production of any document based on a claim of privilege or for any other reason, provide a log that lists each such document withheld and, as to each such document identify:

a)  The date the document bears, if any;

b)  The author of the document;

c)  All recipients of the document or copies of the document, including those who are not listed or stated on the document itself;

d)  The general nature of the document (e.g., memorandum, email, letter, handwritten note);

e)  The subject matter of the document, stated with sufficient detail to meet the requirements of Federal Rule of Civil Procedure 26(b)(5);

f)  The statute, rule, decision, or other source providing the purported legal basis for your withholding the document from production, including whether the document is subject to the attorney-client privilege or work product doctrine; and

g)  The location of the file and identity of the person controlling the file from which every copy of such document has been removed for withholding, whether each such copy is unique or not unique.

### ELECTRONICALLY STORED INFORMATION

P.        Electronically stored information ("ESI") must be produced in "native" format, so that the documents are navigable, searchable and fully accessible.  Specifically, we request that:

a)  ESI produced in native format should not be manipulated to change how the source document would have appeared if attached to a computer viewing the file;

b)  All ESI, including the metadata associated with any electronic documents produced, should be grouped according to the custodian that has possession, custody or control over the ESI;

c) Assuming your production of ESI in native format, a unique document number should be included as part of the file name and the original file name and file extension should be preserved (document number – original file name.original file extension);

d) If your production includes ESI and paper documents, you should 1) assign a unique document number to all electronic documents as requested in paragraph (c) above, and 2) include a key identifying by document number range which documents were produced from an electronic file and which documents were produced from paper files;

e) Because native format files require the associated software and any necessary licenses to view the documents, please provide, in advance of the production, a list of all native formats that will be produced so that we can an ability to view the documents; and

f) Password protection should be removed from all files.

## II.   **REQUESTS**

1.      All contracts, offer letters, employment agreements, or compensation agreements between you and Kallberg Industries relating to the Mission.

2.      All contracts, offer letters, employment agreements, or compensation agreements between you and any other entity relating to the Mission.

3.      All time sheets or other time records showing the dates, times, and amounts you worked on the Mission.

4.      All pay stubs, Forms W-2, Forms 1099, or any other pay records or correspondence reflecting the amount you were paid for your work on the Mission.

5.      All documents reflecting any report or complaint you made to Kallberg Industries about any alleged improper payment.

6.      All documents reflecting Kallberg Industries' response to any report or complaint as described in Request 5.

7.      All documents reflecting any correspondence with the United States Department of Labor or any other governmental agency or department concerning the amounts you were paid for work on the Mission.

8.      All documents reflecting any amount you have been paid by the Department of Labor or any other governmental agency or department as part of any investigation or enforcement action relating to the Mission.

9.      All documents supporting your claim that the alleged acts or omissions complained of in your Complaint were willful.

10.     All expert reports generated in this case.

4

11.     All documents you intend to rely on at trial.

Dated: March 18, 2022

/s/ Garrett Severson
Paul Thanasides
Florida Bar No. 103039
paul@mcintyrefirm.com
clservice@mcintyrefirm.com
Garrett Severson
Florida Bar No. 108259
garrett@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold Elliott
   Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Suite 200
Tampa, FL 33602
Telephone: 813.223.0000
Facsimile: 813.225.1221
*Attorneys for Kallberg Industries, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2022, I served the foregoing by email and US

Mail to.

C. Ryan Morgan, Esq.
RMorgan@forthepeople.com
Morgan & Morgan, P.A.
20 N. Orange Ave., 15th Floor
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
*Attorneys for Plaintiff and the Putative Class*

Michael A. Josephson
mjosephson@mybackwages.com
Richard M. Schreiber
rschreiber@mybackwages.com
Josephson Dunlap, LLP
adunlap@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100

Fax: (713) 352-3300
*Attorneys for Plaintiff and the Putative Class*

Richard J. (Rex) Burch
rburch@brucknerburch.com Bruckner Burch, pllc
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
*Attorneys for Plaintiff and the Putative Class*

*/s/ Garrett Severson*
Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IVAN OJEDA, individually and on
behalf of all others similarly situated,

Plaintiff,

vs.

KALLBERG INDUSTRIES, LLC,

Defendant.

Case No. 21-61071-CIV-ALTMAN/Hunt

## KALLBERG INDUSTRIES, LLC'S FIRST
## REQUEST FOR PRODUCTION TO PLAINTIFFS

**Attachment A**

## **Opt-In Plaintiffs**

1.   Albert Torres;

2.   Alberto Cruz- Rodriguez;

3.   Alberto J Santiago-Roda;

4.   Alejandro Martinez;

5.   Alejandro Moreda;

6.   Alexander Bermudez;

7.   Alexander Pagan;

8.   Alexander Rosario;

9.   Alexander Ruiz- Garcia;

10.   Alexandra Sanz;

11.   Angel Andujar;

12.   Angel Marquez-Cadiz;

13.   Angelo Acevedo;

14.   Anibal Lopez-Medina;

15.   Anibal Rosario-Batista;

16.   Anthony Colon-Morales;

17.   Bernardo Martinez-Paredes;

18.   Bernardo R. Martinez-Guevara;

19.   Bernie Castellanos-Rodriguez;

20.   Billy Carpenter;

21.   Brian Castro;

22.   Carlos Martinez;

23.   Carlos R. Abreu;

24.   Cesar Benitez;

25.   Christian Benitez-Toledo;

26.   Christian Nieves-Calero;

27.   Christopher L Perez;

28.   Cody Mercer;

29.   Dana A Graydon;

30.   Daniel Alvarez;

31.   Daniel Perez-Nieves;

32.   Darien Rivera Rodriguez;

33.   David Arocho-Castro;

34.   David Gonzalez-Benjan;

35.   David Guerry;

36.   Davon Elie-Hiraldo;

37.   Diego Salcedo Morales;

38.   Edgar Jiminez-Montanez;

39.   Edgar Roman Lopez;

40. Edgard Medina-Cruz;

41. Edgardo Gonzalez-Colon;

42. Eduardo Hernandez;

43. Edwin Rivera-Serrano;

44. Edwin Rivera-Vega;

45. Edwin Torrado-Torres;

46. Efrain Colon-Santana;

47. Eliezer Alvarez-Serrano;

48. Elveen Samalot- Lopez;

49. Elvis A. Martinez;

50. Emilio J. Rosario-Morales;

51. Enrique Sanchez-Rodriguez

52. Eric Rivera;

53. Eric X Perez-Rodriguez;

54. Erich Dehmel-Rivera

55. Ernesto Gonzalez;

56. Federico Ruiz-Torres;

57. Francisco Guzman-Bartolomei;

58. Francisco J. Augusto-Domenech;

59. Gabriel A. Velez- Lambrix;

60.    Gabriel E. Fernandez-Torres;

61.    Gabriel Martinez-Lopez;

62.    Gabriel Santos-De Leon;

63.    Gabriel T Prada;

64.    Gabriel Torres-Marquez;

65.    Gamaliel Rodriguez-Claudio;

66.    German De Ornellas-Hau;

67.    Giancarlo Cardona;

68.    Harold Gonzalez;

69.    Hauger Martin;

70.    Hector Cardona;

71.    Hector I Rodriguez-Ramos;

72.    Hector Rivera;

73.    Hector Rivera-Gonzales;

74.    Ian M Cahill-Serran;o

75.    Inocencio Rios;

76.    Iran L. Adames;

77.    Israel Velazquez-Rios;

78.    Ivan Burgos-Torres;

79.    Ivan J. Ojeda;

80. Jaime J Rubio;

81. Jaime Munoz;

82. James Carter;

83. Jason P. Berrios;

84. Jason Pagan-Castellano;

85. Jason Roman Pagan;

86. Javier Bonilla-Rios;

87. Javier Colon;

88. Javier Rodriguez-Mercado;

89. Jeffrey Gleason-Lopez;

90. Jensen Riopedre;

91. Jesse Velazquez Rivera;

92. Jhon Sarmiento;

93. Joel Martinez;

94. John Barber;

95. Johnny Ortiz-Rivera;

96. Jonathan Alvarez;

97. Jonathan Sepulveda;

98. Jorge Rosa;

99. Jose A Vargas;

100. Jose A. Antongiorgi;

101. Jose A. Lugo;

102. Jose A. Martinez La Santa;

103. Jose A. Verdiales-Gonzalez;

104. Jose Armstrong;

105. Jose Carreras-Diaz;

106. Jose De La Cruz;

107. Jose E Rafols;

108. Jose M Garcia;

109. Jose M. Garcia-Cortes;

110. Jose Machado;

111. Jose Manuel Rodriguez-Cruz;

112. Joseph Velez-Lambrix;

113. Joshua Schultz;

114. Josue Perez-Carrero;

115. Josue Rios-Rivera;

116. Juan Arroyo-Diaz;

117. Juan C Gerena;

118. Juan C. Gelabert;

119. Juan Castro;

120.   Juan L Rodriguez;

121.   Juan M Camacho-Rodriguez;

122.   Justin Mullins;

123.   Karlos J Perez-Valle;

124.   Kelvin Ruiz-Maldonado;

125.   Kemuel Barreto-Castillo;

126.   Kenneth Burrows;

127.   Kyle Donaldson-Irizarry;

128.   Leniel J. Soto;

129.   Leonardo Mantilla;

130.   Leose Rodriguez;

131.   Lino Corretjer;

132.   Louis Vega;

133.   Luis A Rivera-Rodriguez;

134.   Luis A. Ramos-Rodriguez;

135.   Luis Centeno-Guzman;

136.   Luis E. Soto-Ruiz;

137.   Luis Feliciano;

138.   Luis Figueroa;

139.   Luis I. Rivera-Santos;

140.   Luis M Rivera- Figueroa;

141.   Manuel A Lopez;

142.   Manuel Velez;

143.   Michael J. Mercer;

144.   Michael Williams;

145.   Miguel Diaz;

146.   Miguel F Serrano-Negron;

147.   Miguel Isaac-Alicea;

148.   Miguel Villegas;

149.   Nelson Morales;

150.   Nelson Reyes-Pineiro;

151.   Omar A. Santiago-Vega;

152.   Orlando Bello-Vazquez;

153.   Osmar J. Badillo-Maisonave;

154.   Rafael Alomar-Colon;

155.   Rafael Alvarez-Vargas;

156.   Rafael Benet-Ayala;

157.   Rafael Cortes;

158.   Rafael Cruz;

159.   Ramon E Santiago-Torres;

160.  Ramon Vazquez;

161.  Rancel Portes;

162.  Raul Gonzalez-Tosado;

163.  Raymond Torres-Roman;

164.  Reinaldo Roman;

165.  Richard Vargas;

166.  Roberto Lopez;

167.  Roberto O Ruiz;

168.  Roberto Rafols;

169.  Rolando Arroyo-Bracero;

170.  Ruben Aponte;

171.  Samuel Ramos;

172.  Thomas Bursian;

173.  Tomas Carino;

174.  Vicente Gonzalez-Deliz;

175.  Victor Alers;

176.  Victor Fuentes-Fernandez;

177.  Virgilio Nunez-Rodriguez;

178.  Wayne Cedeno;

179.  Wigberto Torres Rivera;

180. Wilfredo Betancourt;

181. Wilfredo Figueroa;

182. William Dorta;

183. William Garcia-Caldero;

184. William Magnuson;

185. Wray Rigual;

186. Xavier Juarbe-Vargas;

187. Xavier Ponce; and

188. Xavier Ramos-Rodriguez.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

IVAN OJEDA, individually and on behalf of
all others similarly situated,

Case No. 21-61071-CIV-ALTMAN/Hunt

                Plaintiff,

vs.

KALLBERG INDUSTRIES, LLC,

                Defendant.

## DEFENDANT KALLBERG INDUSTRIES, LLC'S
## FIRST SET OF INTERROGATORIES TO PLAINTIFFS

Defendant Kallberg Industries, LLC ("Kallberg"), pursuant to Federal Rule of Civil Procedure 33 hereby requests that Plaintiff Ivan Ojeda and each Opt-In Plaintiff set forth on **Exhibit "A"** hereto answer the following interrogatories, under oath, within 30 days of service hereof, or within an earlier date that may be agreed upon between the parties or ordered by the Court.

## I.    DEFINITIONS AND INSTRUCTIONS

1.    To the fullest extent allowed by the applicable rules of procedure, each Interrogatory shall be continuing in nature so as to require supplemental answers as soon as further information responsive to these Interrogatories is obtained.

2.    Each Interrogatory calls for information in your possession, custody or control, or in the possession, custody or control of your present or former officers, directors, employees, representatives, agents, consultants, contractors, subcontractors and legal counsel, unless privileged or otherwise protected, or other persons or entities acting on your behalf or within your control.

3.      Each part of the following Interrogatories, whether a numbered paragraph or subparagraph, is to be answered separately and fully and with as much specificity and in as much detail as reasonably possible or available to you.

4.      If an objection is made to an Interrogatory or any portion thereof, the Interrogatory or portion thereof shall be specified as to each objection, and all reasons for the objection shall be stated fully by the responding party.

5.      If all of the information furnished in an answer to an Interrogatory is not within the personal knowledge of the person signing these Interrogatories, identify each person who has personal knowledge of the information furnished, and each person who communicated the information to the person signing the Interrogatory.

6.      If the answer to all or part of the Interrogatory is not presently known or available, include a statement to that effect and furnish the information presently known or available.  For each such answer or part thereof, if you know of a person or entity that knows or has available the information sought, identify that person or entity and the knowledge you believe that person or entity has or has available.

7.      If you find the meaning of any term in any Interrogatory to be unclear or vague, you should assume a reasonable meaning, state the meaning you have assumed, and answer the Interrogatory on the basis of that assumed meaning.

8.      The following definitions apply herein:

a.      "You" or shall mean the individual responding to these interrogatories and any persons or entities acting on his behalf or within his control.

b.      The "Mission" shall mean the work performed in Puerto Rico and the United States Virgin Islands to support the United States Army Corps of Engineers's efforts to

rebuild infrastructure and provide power in the aftermath of Hurricanes Harvey, Irma, and Maria from approximately September 2017 through approximately August 2018.

   c. The terms "person" and "entity" mean any natural person or any entity, including, without limitation, any individual, firm, corporation, company, joint venture, trust, tenancy, association, partnership, business, agency, department, bureau, board, commission or any other form of public, private or legal entity.

   d. The term "document" or "documents" shall mean information in any tangible or intangible form, whether physical or electronic, and shall include, without limiting the generality of the foregoing, emails, attachments to emails, text messages, instant messages, metadata, information contained on paper or any other type of display or communication medium, pictures, film, microfiche or microfilm, telegrams, telexes, teletypes, video or audio recordings of any kind or transcripts of such recordings, graphs, models, sculptures, miniatures, and all data in any format stored in or on RAM, transient memory, cache, hard disk drives, archives, CD-ROMs, DVDs, USB thumb and flash drives, tape, memory cards or any other type of electronic memory, as well as ostensibly erased but accessible electronic memory.

   e. The Definitions below that specifically define the term "identify" in particular circumstances shall apply equally to the terms list, state, specify, disclose, and describe.

   f. As used herein, to "identify" a document means to state, with respect to such document:

     1) the identity of the person who prepared it;

     2) its format;

     3) the identity of the person who signed it or in whose name it was issued;

4)     the identity of each person to whom it was addressed or distributed;

5)     the nature and substance of the document with sufficient particularity to enable it to be identified and classified;

6)     its date or, if it bears no date, the date when it was prepared; and

7)     the physical location of the document or its electronic storage address and the identity of the custodian or custodians thereof.

g.     Unless otherwise provided in a particular Interrogatory, the term "identify" means, with respect to a natural person, to state the person's full name, and all last known contact information and last known residential addresses, telephone number and, if known to be employed or associated with a business, her or his job title or position and the name and address of her or his employer or business.

h.     Unless otherwise provided in a particular Interrogatory, the term "identify" means, with respect to a company, partnership, association, venture or other entity, to disclose the entity's name, last known address(es), contact information, web site(s), the known principals or executives for or owners of the entity, its managing members or partners, or its general partners, including the information referenced in the paragraph immediately above with respect to any of those who are natural persons.

i.     The term "communication" means any transmission or other transfer of information of any kind, whether orally, in writing, electronically or in any other manner, or via any medium whatsoever, at any time or place and under any circumstances whatsoever.

j.     To "identify" a communication means to state, with respect to such communication:

1)     the identity of each person who participated in the communication, including each person who received, made or conveyed the communication and each person who was present at the time it was made, took place or was conveyed or otherwise witnessed the communication;

2)      the date, time and place when and where such communication was made or took place;

3)      the method of or medium used for the communication;

4)      the content and substance the communication in its entirety and with as much specificity as possible; and

5)      the identity of each document reflecting, memorializing or referring to the communication, if any exist.

k.      The term "identify" means, with respect to sampling data or any method of investigation, the type of sampling data or method of investigation, the date that each such sampling datum was collected or the investigation was conducted, the specific location where each such sampling datum was collected or investigation was conducted, the identity of the persons who participated in the collection of each such sampling datum or information, the identity of laboratory personnel who analyzed each such datum (if applicable), and a summary of the results of such sampling datum or investigation.

l.      The term "identify" means, with respect to an act, activity, omission, event, conversation or communication, to identify each person who participated, witnessed or who has knowledge of such event, to specify the substance of the event, the date of the event, and to identify all documents which reflect or relate to the event.

m.      As to all other things not specifically addressed in these Definitions and Instructions, "identify" means to:

1)      describe specifically all circumstances, events and communications relating to the subject matter of the inquiry, including the date, time, place and names and addresses of all persons present;

2)      disclose all witnesses having knowledge of the subject matter of the inquiry, including, for each witness, the name, present address, job title or position, employer and relation to you; and

3)   list all documents relating to the subject matter of the inquiry or, in lieu thereof, to attach copies of all such documents to your response to the inquiry.

n.   The terms "and" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Interrogatory any information which otherwise might be construed to be outside the scope of the Interrogatory.

o.   Whenever appropriate or necessary to make an Interrogatory more expansive, the singular form of a word should be interpreted in the plural and vice versa.

## CLAIM OF PRIVILEGE

If you object to any Interrogatory or part thereof on the basis of a claim of attorney-client privilege or under the protection of the work product doctrine, identify the privilege claimed and provide a statement signed by an attorney representing you setting forth, as to each such item of information withheld:

a.   the identity of the person(s) having knowledge of the information;

b.   the identity of all persons to whom the information was communicated or otherwise available;

c.   the job title or position of every person identified in response to (a) and (b) above;

d.   the date(s) on which the information was received or became known by each person having knowledge of its existence;

e.   a brief description of the nature and subject matter of the information; and

f.   the statute, rule or decision that is claimed to give rise to the privilege.

## II.    INTERROGATORIES

### Interrogatory No. 1

Please identify each and every date you worked on the Mission for which you worked more than 12 hours in a single day.

### Answer:

**Interrogatory No. 2**

Please state any amount you have received from the Department of Labor or any other governmental agency or department as part of any investigation or enforcement action relating to the Mission.

**Answer:**

**Interrogatory No. 3**

Please identify your title or position on the Mission, and provide a brief description of your duties.

**Answer:**

**Interrogatory No. 4**

Please identify your supervisor(s) on the Mission. In your answer, please state the entity that each such supervisor worked for.

**Answer:**

**Interrogatory No. 5**

Please identify each and every governmental agency or department to which you reported or complained about any alleged improper payment. In your answer, please state the date on which you made such report or complaint and the outcome or status of such report or complaint.

**Answer:**

**Interrogatory No. 6**

Please identify each and every complaint or report you made to Kallberg Industries about any alleged improper payment. In your answer, please state the date on which you made such report or complaint, whether the report or complaint was written or oral, the name of the individual to whom such report or complaint was made, and any response provided by Kallberg Industries to such report or complaint.

**Answer:**

## **VERIFICATION**

UNDER PENALTY OF PERJURY, I hereby attest that the foregoing information is true and correct to the best of my belief.

By: _____

Ivan Ojeda

STATE OF _____          )
                                  ) ss:
COUNTY OF _____           )

I HEREBY CERTIFY that on this day, Ivan Ojeda, appeared by ☐ physical presence or ☐

online notarization before me, the undersigned authority duly authorized to administer oaths and

take acknowledgements, and first being first duly sworn, deposed and said that he has answered

the interrogatories directed to him and that he has read the foregoing answers and that the same

are true and correct.

IN WITNESS WHEREOF, my hand and seal in the state and county aforesaid, this _____

day of _____, 2022

CHECK ONE: ___ personally known to me OR ___ produced _____
as identification.

_____

NOTARY PUBLIC

13

[Header text]

## **VERIFICATION**

UNDER PENALTY OF PERJURY, I hereby attest that the foregoing information is true and correct to the best of my belief.

By: _____

_____

STATE OF _____ )
                                                    ) ss:
COUNTY OF _____ )

I HEREBY CERTIFY that on this day, _____, appeared by ☐ physical presence or ☐ online notarization before me, the undersigned authority duly authorized to administer oaths and take acknowledgements, and first being first duly sworn, deposed and said that he has answered the interrogatories directed to him and that he has read the foregoing answers and that the same are true and correct.

IN WITNESS WHEREOF, my hand and seal in the state and county aforesaid, this _____

day of _____, 2022

CHECK ONE: ___ personally known to me OR ___ produced _____
as identification.

_____
NOTARY PUBLIC

14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IVAN OJEDA, individually and on
behalf of all others similarly situated,

Plaintiff,

vs.

KALLBERG INDUSTRIES, LLC,

Defendant.

Case No. 21-61071-CIV-ALTMAN/Hunt

**DEFENDANT KALLBERG INDUSTRIES, LLC'S**
**FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

**Attachment A**

## Opt-In Plaintiffs

1.    Albert Torres;

2.    Alberto Cruz- Rodriguez;

3.    Alberto J Santiago-Roda;

4.    Alejandro Martinez;

5.    Alejandro Moreda;

6.    Alexander Bermudez;

7.    Alexander Pagan;

8.    Alexander Rosario;

9.    Alexander Ruiz- Garcia;

10.   Alexandra Sanz;

11.   Angel Andujar;

12.   Angel Marquez-Cadiz;

13.   Angelo Acevedo;

14.   Anibal Lopez-Medina;

15.   Anibal Rosario-Batista;

16.   Anthony Colon-Morales;

17.   Bernardo Martinez-Paredes;

18.   Bernardo R. Martinez-Guevara;

19.   Bernie Castellanos-Rodriguez;

20. Billy Carpenter;

21. Brian Castro;

22. Carlos Martinez;

23. Carlos R. Abreu;

24. Cesar Benitez;

25. Christian Benitez-Toledo;

26. Christian Nieves-Calero;

27. Christopher L Perez;

28. Cody Mercer;

29. Dana A Graydon;

30. Daniel Alvarez;

31. Daniel Perez-Nieves;

32. Darien Rivera Rodriguez;

33. David Arocho-Castro;

34. David Gonzalez-Benjan;

35. David Guerry;

36. Davon Elie-Hiraldo;

37. Diego Salcedo Morales;

38. Edgar Jiminez-Montanez;

39. Edgar Roman Lopez;

40. Edgard Medina-Cruz;

41. Edgardo Gonzalez-Colon;

42. Eduardo Hernandez;

43. Edwin Rivera-Serrano;

44. Edwin Rivera-Vega;

45. Edwin Torrado-Torres;

46. Efrain Colon-Santana;

47. Eliezer Alvarez-Serrano;

48. Elveen Samalot- Lopez;

49. Elvis A. Martinez;

50. Emilio J. Rosario-Morales;

51. Enrique Sanchez-Rodriguez

52. Eric Rivera;

53. Eric X Perez-Rodriguez;

54. Erich Dehmel-Rivera

55. Ernesto Gonzalez;

56. Federico Ruiz-Torres;

57. Francisco Guzman-Bartolomei;

58. Francisco J. Augusto-Domenech;

59. Gabriel A. Velez- Lambrix;

60.   Gabriel E. Fernandez-Torres;

61.   Gabriel Martinez-Lopez;

62.   Gabriel Santos-De Leon;

63.   Gabriel T Prada;

64.   Gabriel Torres-Marquez;

65.   Gamaliel Rodriguez-Claudio;

66.   German De Ornellas-Hau;

67.   Giancarlo Cardona;

68.   Harold Gonzalez;

69.   Hauger Martin;

70.   Hector Cardona;

71.   Hector I Rodriguez-Ramos;

72.   Hector Rivera;

73.   Hector Rivera-Gonzales;

74.   Ian M Cahill-Serran;o

75.   Inocencio Rios;

76.   Iran L. Adames;

77.   Israel Velazquez-Rios;

78.   Ivan Burgos-Torres;

79.   Ivan J. Ojeda;

80. Jaime J Rubio;

81. Jaime Munoz;

82. James Carter;

83. Jason P. Berrios;

84. Jason Pagan-Castellano;

85. Jason Roman Pagan;

86. Javier Bonilla-Rios;

87. Javier Colon;

88. Javier Rodriguez-Mercado;

89. Jeffrey Gleason-Lopez;

90. Jensen Riopedre;

91. Jesse Velazquez Rivera;

92. Jhon Sarmiento;

93. Joel Martinez;

94. John Barber;

95. Johnny Ortiz-Rivera;

96. Jonathan Alvarez;

97. Jonathan Sepulveda;

98. Jorge Rosa;

99. Jose A Vargas;

100. Jose A. Antongiorgi;

101. Jose A. Lugo;

102. Jose A. Martinez La Santa;

103. Jose A. Verdiales-Gonzalez;

104. Jose Armstrong;

105. Jose Carreras-Diaz;

106. Jose De La Cruz;

107. Jose E Rafols;

108. Jose M Garcia;

109. Jose M. Garcia-Cortes;

110. Jose Machado;

111. Jose Manuel Rodriguez-Cruz;

112. Joseph Velez-Lambrix;

113. Joshua Schultz;

114. Josue Perez-Carrero;

115. Josue Rios-Rivera;

116. Juan Arroyo-Diaz;

117. Juan C Gerena;

118. Juan C. Gelabert;

119. Juan Castro;

120. Juan L Rodriguez;

121. Juan M Camacho-Rodriguez;

122. Justin Mullins;

123. Karlos J Perez-Valle;

124. Kelvin Ruiz-Maldonado;

125. Kemuel Barreto-Castillo;

126. Kenneth Burrows;

127. Kyle Donaldson-Irizarry;

128. Leniel J. Soto;

129. Leonardo Mantilla;

130. Leose Rodriguez;

131. Lino Corretjer;

132. Louis Vega;

133. Luis A Rivera-Rodriguez;

134. Luis A. Ramos-Rodriguez;

135. Luis Centeno-Guzman;

136. Luis E. Soto-Ruiz;

137. Luis Feliciano;

138. Luis Figueroa;

139. Luis I. Rivera-Santos;

140. Luis M Rivera- Figueroa;

141. Manuel A Lopez;

142. Manuel Velez;

143. Michael J. Mercer;

144. Michael Williams;

145. Miguel Diaz;

146. Miguel F Serrano-Negron;

147. Miguel Isaac-Alicea;

148. Miguel Villegas;

149. Nelson Morales;

150. Nelson Reyes-Pineiro;

151. Omar A. Santiago-Vega;

152. Orlando Bello-Vazquez;

153. Osmar J. Badillo-Maisonave;

154. Rafael Alomar-Colon;

155. Rafael Alvarez-Vargas;

156. Rafael Benet-Ayala;

157. Rafael Cortes;

158. Rafael Cruz;

159. Ramon E Santiago-Torres;

160.  Ramon Vazquez;

161.  Rancel Portes;

162.  Raul Gonzalez-Tosado;

163.  Raymond Torres-Roman;

164.  Reinaldo Roman;

165.  Richard Vargas;

166.  Roberto Lopez;

167.  Roberto O Ruiz;

168.  Roberto Rafols;

169.  Rolando Arroyo-Bracero;

170.  Ruben Aponte;

171.  Samuel Ramos;

172.  Thomas Bursian;

173.  Tomas Carino;

174.  Vicente Gonzalez-Deliz;

175.  Victor Alers;

176.  Victor Fuentes-Fernandez;

177.  Virgilio Nunez-Rodriguez;

178.  Wayne Cedeno;

179.  Wigberto Torres Rivera;

180.   Wilfredo Betancourt;

181.   Wilfredo Figueroa;

182.   William Dorta;

183.   William Garcia-Caldero;

184.   William Magnuson;

185.   Wray Rigual;

186.   Xavier Juarbe-Vargas;

187.   Xavier Ponce; and

188.   Xavier Ramos-Rodriguez.