UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 21-61071-CIV-HUNT

IVAN OJEDA,

    Plaintiff,

v.

KALLBERG INDUSTRIES, LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before this Court upon a *sua sponte* review of the docket.

Plaintiff on February 28, 2023, sought to reopen this case in order to enforce the Parties' prior settlement. ECF No. 132. The undersigned on June 14, 2023, granted Plaintiff's Motion. ECF No. 136. The Court on October 6, 2023, granted Plaintiff's request to hold Defendant in contempt, with a fine accruing daily. ECF No. 146. It appears no further relief is being sought by either Party at this time.

Accordingly, the Court hereby ORDERS and ADJUDGES as follows:

1. This case is administratively CLOSED without prejudice to the Parties to file a stipulation of dismissal.

2. Any Party may ask the Court to reopen the case.

3. All pending deadlines are TERMINATED, and any pending motions are DENIED AS MOOT.

DONE and ORDERED at Fort Lauderdale, Florida this 23rd day of September 2025.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record
Kallberg Industries, LLC
200 Lincoln Avenue #771144
Steamboat Springs, CO 80487